PHILLIP A. TALBERT
Acting United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL BRIAN TAYLOR,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:16-CR-00124-LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: November 7, 2016<br>CURRENT TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean<br><br>DATE: December 5, 2016<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Michael Brian Taylor, by and through defendant's counsel of record, Erin Snider, hereby stipulate as follows:

1. Defendant Michael Brian Taylor made his initial appearance on the above-captioned matter on October 6, 2016 in the Eastern District of California, Fresno Courthouse. At that time, he waived indictment and was arraigned on the previously filed information (Dkt. at 1).

2. At his October 6, 2016 arraignment, this matter was set for a status conference on November 7, 2016 at 2:00 p.m. before the Honorable Erica P. Grosjean. Time was excluded through

1  and including November 7, 2016.

2      3.    By this stipulation, defendant now moves to continue the status conference until
3  December 5, 2016, at 2:00 p.m. and to exclude time between November 7, 2016, and December 5, 2016,
4  inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

5      4.    The parties agree and stipulate, and request that the Court find the following:

6      a)    The government has represented that the discovery associated with this case
7  includes over eighty pages of reports and photographs, as well as several bank surveillance
8  videos.  This discovery has been either produced directly to counsel and/or made available for
9  inspection and copying.

10      b)    Counsel for defendant desires additional time to review the current charges, to
11  review the discovery, to conduct research and investigation related to the charges and potential
12  pretrial motions, and to consult with his client.

13      c)    Counsel has various conflicts in other cases between now and the proposed
14  December 5, 2016 status conference that would not reasonably permit her to try this case any
15  time between now and December 5, 2016.

16      d)    Counsel for defendant believes that failure to grant the above-requested
17  continuance would deny her the reasonable time necessary for effective preparation, taking into
18  account the exercise of due diligence.

19      e)    The government does not object to the continuance.

20      f)    Based on the above-stated findings, the ends of justice served by continuing the
21  case as requested outweigh the interest of the public and the defendant in a trial within the
22  original date prescribed by the Speedy Trial Act.

23      g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
24  *et seq.*, within which trial must commence, the time period of November 7, 2016 to December 5,
25  2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it
26  results from a continuance granted by the Court at defendant's request on the basis of the Court's
27  finding that the ends of justice served by taking such action outweigh the best interest of the
28  public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 3, 2016              PHILLIP A. TALBERT
                                      Acting United States Attorney


                                      /s/ ANGELA L. SCOTT
                                      ANGELA L. SCOTT
                                      Assistant United States Attorney


Dated:  November 3, 2016              /s/ per email authorization
                                      ERIN SNIDER
                                      Counsel for Defendant
                                      Michael Brian TAYLOR


## FINDINGS AND ORDER

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for November 7, 2016, is hereby vacated and continued to December 5, 2016, at 2:00 p.m.  It is further ORDERED that the time period between November 7, 2016, and December 5, 2016, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated:  **November 4, 2016**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE